Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff's Successor in Interest,
Pramco II LLC

FILED
DISTRICT COURT OF GUAM

MAY 30 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. CIV 95-00110 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AMENDED DECLARATION OF SETH** |
| ) | **FORMAN (Caption corrected)** |
| MANUEL D. DEGRACIA and JACINTA ) | |
| V. DEGRACIA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Seth Forman, declare as follows under penalty of perjury:

1. I am an attorney employed at Dooley Roberts & Fowler LLP, counsel for Pramco II LLC with respect to this matter.

2. Attached hereto as "Exhibit A" are true and accurate copies of Note Endorsements executed on May 7, 2001 by an authorized agent of the U.S. Small Business Administration.

2. Attached hereto as "Exhibit B" are true and accurate copies of Allonges executed May 26, 2004 by LPP Mortgage Ltd.'s authorized agent.

# ORIGINAL

Declaration of Seth Forman
*United States of America vs. DeGracia, et al.*
Civil Case No. CIV95-00110
Page 2

      3.     I am informed by Pramco II LLC and therefore believe there remains an unpaid balance of $24,886.03 on the Judgment in this action.

      4.     Pramco II LLC believes that it may have located assets owned by the defendants which could be used to satisfy the Judgments in this action.

Date: May 30, 2006      By: _Seth Forman_
                                                   **SETH FORMAN**

## NOTE ENDORSEMENT
(SBA Loan Sale #2)

Beal No.         22-82015882
SBA Loan No.   4385183005
Borrower Name: Manuel Degracia, Jr. and Jacinta V. Degracia
Barcode:         165039

ENDORSEMENT OF NOTE dated March 1, 1991 including any assignments thereto and modifications thereof (the "Note").

FROM: U.S. SMALL BUSINESS ADMINISTRATION ("Assignor").

Pay to the order of LPP MORTGAGE LTD. f/k/a LOAN PARTICIPANT PARTNERS, LTD., a Texas limited partnership ("Assignee"), without recourse and without representation or warranty, whether express, implied or created by operation of law.

Capitalized items used in this Endorsement but not defined in this Endorsement will have the meaning ascribed to them in that certain Loan Sale Agreement dated as of August 3, 2000, by and between Assignor and Assignee.

IN WITNESS WHEREOF, Assignor has caused this Endorsement to be executed and delivered by its duly authorized agent as of May 7, 2001.

U.S. SMALL BUSINESS ADMINISTRATION, as Assignor

_Gloria Follis_
Gloria Follis
WITNESS

By: _Michael Barnett_
Michael Barnett,
Authorized Agent

EXHIBIT A

## NOTE ENDORSEMENT
(SBA Loan Sale #2)

Beal No.        22-82015894
SBA Loan No.    4671473010
Borrower Name:  Manuel D. DeGracia and Jacinta V. DeGracia
Barcode:        165604

ENDORSEMENT OF NOTE dated January 6, 1992 including any assignments thereto and modifications thereof (the "Note").

FROM: U.S. SMALL BUSINESS ADMINISTRATION ("Assignor").

Pay to the order of LPP MORTGAGE LTD. f/k/a LOAN PARTICIPANT PARTNERS, LTD., a Texas limited partnership ("Assignee"), without recourse and without representation or warranty, whether express, implied or created by operation of law.

Capitalized items used in this Endorsement but not defined in this Endorsement will have the meaning ascribed to them in that certain Loan Sale Agreement dated as of August 3, 2000, by and between Assignor and Assignee.

IN WITNESS WHEREOF, Assignor has caused this Endorsement to be executed and delivered by its duly authorized agent as of May 7, 2001.

U.S. SMALL BUSINESS ADMINISTRATION, as Assignor

_____        By: _____
Gloria Follis                                Michael Barnett,
WITNESS                                      Authorized Agent

## ALLONGE

This Allonge, dated as of May 26, 2004, is attached to and made part of the following instrument:

> Note dated March 1, 1991, executed by Manuel DeGracia, Jr. and Jacinta V. DeGracia to and for the benefit of Small Business Administration, in the original principal amount of $4,000.00.

For the purpose of annexing thereto the following endorsement:

Pay to the order of Pramco II, LLC, without recourse, and without representation or warranty of any kind, express or implied, except the limited warranties contained in Section 5 of that certain Quitclaim Sale and Assignment Agreement, dated May 26, 2004, by and between the undersigned and Pramco II, LLC.

LPP Mortgage, Ltd., f/k/a Loan Participant Partners, Ltd., a Texas limited partnership

By: _/s/ Timothy P. Sheehan_
Timothy P. Sheehan
Authorized Agent

**EXHIBIT B**

## ALLONGE

This Allonge, dated as of May 26, 2004, is attached to and made part of the following instrument:

> Note dated January 6, 1992, executed by Manuel D. DeGracia and Jacinta V. DeGracia to and for the benefit of Small Business Administration, in the original principal amount of $8,700.00.

For the purpose of annexing thereto the following endorsement:

Pay to the order of Pramco II, LLC, without recourse, and without representation or warranty of any kind, express or implied, except the limited warranties contained in Section 5 of that certain Quitclaim Sale and Assignment Agreement, dated May 26, 2004, by and between the undersigned and Pramco II, LLC.

LPP Mortgage, Ltd., f/k/a Loan Participant Partners, Ltd., a Texas limited partnership

By: _____
Timothy P. Sheehan
Authorized Agent