Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff's Successor in Interest,
Pramco II LLC



**FILED**
DISTRICT COURT OF GUAM

MAY 30 2006

**MARY L.M. MORAN
CLERK OF COURT**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>vs. )<br><br>MANUEL D. DEGRACIA and JACINTA )<br>V. DEGRACIA, )<br><br>Defendants. ) | CIVIL CASE NO. CIV 95-00110<br><br>**CERTIFICATE OF SERVICE** |

I, Seth Forman, certify that on the 30th day of May 2006, I caused the Motion for

Substitution of Party and to Revive Judgment; Memorandum of Points and Authorities,

Declaration of Counsel and proposed Order to be served on the following:

    a.    <u>Via Hand Delivery</u>:
            Office of the U.S. Attorney
            Ste. 500, Sirena Plaza
            108 Hernan Cortez Ave.
            Hagåtña, Guam 96910

    b.    <u>Via U.S. Mail</u>:
            Jacinta V. DeGracia
            115 Biradan Maite
            Talofofo, GU 96930

Certificate of Service
*United States of America vs. DeGracia, et al.*
Civil Case No. CIV95-00110
Page 2


The address set forth above for the defendant Jacinta V. DeGracia is the last known

address that Pramco II LLC has on file for her. Defendant Manuel D. Degracia is believed to be

deceased, and Pramco II LLC may seek an appropriate substitution of parties if it is found that

there are assets in his estate.

DOOLEY ROBERTS & FOWLER LLP


Date: *May 30, 2006*          By: *Seth Forman*

**SETH FORMAN**
Attorneys for Pramco II LLC