Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff's Successor in Interest,
Pramco II LLC

**FILED**
DISTRICT COURT OF GUAM

JUN 29 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANUEL D. DEGRACIA and JACINTA )<br>V. DEGRACIA, )<br>)<br>Defendants. )<br>) | CIVIL CASE NO. CIV 95-00110<br><br>**ORDER** |

This matter came before the Court on the motion of plaintiff's successor in interest, Pramco II LLC, to substitute in as plaintiff in this action and to revive the Judgment herein. Having reviewed Pramco II LLC's motion and the memorandum and evidence submitted in support thereof, for good cause shown:

IT IS HEREBY ORDERED that Pramco II LLC's motion is granted; and

IT IS FURTHER ORDERED that pursuant to Rule 25(c) of the Federal Rules of Civil Procedure Pramco II LLC is substituted for the United States of America as the plaintiff in this action; and

Order
*United States of America vs. DeGracia, et al.*
Civil Case No. CIV95-00110
Page 2

IT IS FURTHER ORDERED that all pleadings herein subsequent to this Order shall reflect this substitution in the caption; and

IT IS FURTHER ORDERED that the Default Judgment against defendants is revived pursuant to 7 GCA §23106.

Dated this 29 day of June, 2006.

                                                                                               **WM. FREMMING NIELSEN**[*]
                                                                                               **UNITED STATES DISTRICT JUDGE**

---

[*] The Honorable Wm. Fremming Nielsen, United States District Judge for the Eastern District of Washington, by designation.