Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff Pramco II LLC

**FILED**
DISTRICT COURT OF GUAM
APR -4 2007
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRAMCO II LLC, | ) CIVIL CASE NO. CIV 95-00110 |
| Plaintiff, | ) |
| vs. | ) **ABSTRACT OF JUDGMENT** |
| MANUEL D. DEGRACIA and JACINTA V. DEGRACIA, | ) |
| Defendants. | ) |

1. **Date of Entry of Original Entry of Judgment:** October 19, 1995.

    **Date of Order Granting Motion to Revive Judgment:** June 29, 2006

2. **Judgment Debtors:** Manual D. DeGracia and Jacinta V. DeGracia

    **Original Judgment Creditor:** United States of America

    **Current Judgment Creditor:** Pramco II LLC

    **Date of Order Granting Motion to Substitute Party:** June 29, 2006

3. **Amount of the Judgment:** Principal amount of $11,322.77, plus pre-judgment interest to October 19, 1995 in the amount of $1,555.09, pre-judgment interest thereafter to the date

ORIGINAL

Abstract of Judgment
*Pramco II LLC vs. DeGracia, et al.*
Civil Case No. CIV95-00110
Page 2

of Judgment at the rate of 4.0% per annum, post judgment interest thereafter at the legal rate until paid in full, plus $120.00 in filing fees and a surcharge of 10 percent of the total debt.

4. **This is a lien in favor of the Judgment Creditor named hereinabove.**

MARY L.M. MORAN, Clerk of Court
U.S. District Court for the District of Guam

Date: APR 0 4 2007

By: _____
Deputy Clerk

RECEIVED
APR - 3 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM